UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

       -against-

JAHLIL BROWN

                              Defendants.
------------------------------------------------------------x

SI 04 CR 801-21 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

     See transcript dated November 8, 2007. Kelley J. Sharkey Esq. is continued as counsel.

Bobbi C. Sternheim is appointed as Learned Counsel.


     SO ORDERED.

                                             P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       November 8, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07