```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :                    ECF CASE
                                  :
UNITED STATES OF AMERICA          :
                                  :       NOTICE OF APPEARANCE AND REQUEST
            v.                    :        FOR ELECTRONIC NOTIFICATION
                                  :              04 Cr. 801 (PKC)
MARK BROWN,                       :
   a/k/a "Kirk Watson,"           :
   a/k/a "Blackbud,"              :
   a/k/a "Blacks,"                :
CONRAD COOPER,                    :
   a/k/a "Dervin,"                :
MAXINE DAVIS,                     :
SHELDON FULLER,                   :
   a/k/a "Andre Blake,            :
   a/k/a "David Campbell,"        :
KEVIN JACKSON,                    :
   a/k/a "Kevin Peterson,"        :
   a/k/a "Treppants,"             :
RYAN KING,                        :
   a/k/a "Gary,"                  :
   a/k/a "Longers,"               :
ANTHONY PHILLIPS,                 :
   a/k/a "Curtis,"                :
DESMOND SHAW,                     :
   a/k/a "Bigga,"                 :
   a/k/a "Milton Davis,"          :
   a/k/a "Junior,"                :
ENRICO THOMAS,                    :
   a/k/a "Rico,"                  :
   a/k/a "Meng Feng,"             :
BOBBY WESTON,                     :
   a/k/a "Badness,"               :
                                  :
            Defendants.           :
- - - - - - - - - - - - - - - - - x

TO:   Clerk of Court
      United States District Court
      Southern District of New York
```

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

By: _____/s/_____
     Anna E. Arreola
     Assistant United States Attorney
     (212) 637-2218