UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF MOTION |
| -against- | 04 Cr. 801 (PKC) |
| JAHLIL BROWN, | |
| Defendant. | |

-----------------------------------------------------X

      PLEASE TAKE NOTICE, that the defendant JAHLIL BROWN, by his attorneys, KELLEY J. SHARKEY and BOBBI C. STERNHIEM, and upon the annexed declarations and all papers and proceedings in this case, moves this Court, before the Honorable P. Kevin Castle, in the United States District Court for the Southern District of New York, for Orders:

      A.  Suppressing statements made by Jahlil Brown, pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, on the grounds that they were involuntary and were obtained in violation of his Miranda rights;

      B.  Directing the Government to provide Brown with all exculpatory material pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny;

      C.  Requiring the Government to disclose, in a timely fashion, any prior bad acts or criminal convictions pertaining to Brown that it intends to use in any manner at trial, pursuant to Rule 404(b) of the Federal Rules of Criminal Procedure of the defendant;

      D.  Requiring Rule 16 Disclosures;

      E.  Granting Brown's Motion to Strike Surplusage from the Indictment;

      F.  Granting Brown the right to bring further motions upon the basis of any newly discovered information; and

G. Any such other and further relief this Court deems appropriate.

Dated: Brooklyn, New York
       March 4, 2008

                                                    _____/S/_____
                                                    Kelley J. Sharkey


                                                    _____/S/_____
                                                    Bobbi C. Sternheim

To: Clerk of the Court, Criminal Term
    United States Courthouse
    500 Pearl Street
    New York, New York 10007
        *Via ECF*


    AUSA Katherine Lemire
    Office of the United States Attorney
    500 Pearl Street
    New York, New York 10007
        *Via ECF*
        *Signed Declarations via Regular Mail*