UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                 DECLARATION
                                                   04 Cr. 801 (PKC)

JAHLIL BROWN,

----------------------------------------------------X

       KELLEY J. SHARKEY declares under penalty of perjury, pursuant to 28 U.S.C. §1746,

that the following is true and correct:

       1.  I, along with Bobbi C. Sternheim, have been appointed to represent Jahlil Brown, and

make this declaration in support of Brown's pretrial motions for suppression of statements,

suppression of physical evidence, disclosure pursuant to Rule 16, disclosure pursuant to F.R.E.

404(b), Brady demand, and other motions.

       2.  The accompanying declaration of Jahlil Brown presents facts in support of the motion

to suppress statements and property.

       3.   The accompanying memorandum of law presents facts, legal authority, and argument

in support of Brown's pretrial motions.

       4.  Facts alleged in the memorandum are based on conversations with government

counsel, Brown, and review of the indictment and discovery provided by the prosecution, and

other sources.

       WHEREFORE, it is respectfully requested that the Court grant defendant Jahlil Brown's

pretrial motions in their entirety and afford such other and further relief that the Court deems just

and proper.

       Dated:  Brooklyn New York                 ____/S/_____
             March 4, 2008                     Kelley J. Sharkey