UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

UNITED STATES OF AMERICA,

                                                DEFENDANT'S DECLARATION

       -against-

                                                04 Cr. 801 (PKC)

JAHLIL BROWN,
               Defendant

-----------------------------------------------------X

      JAHLIL BROWN, declares under penalty of perjury that based on recollection and belief the following is true and correct:

      1. I am the defendant named in the above-captioned case. I submit this declaration in support of my pretrial motions to suppress statements and physical property. Since the declaration is being submitted for this limited purpose, it does not include all facts related to the circumstances of my arrest.

      2. I was arrested in my home in the early morning of August 29, 2008.

      3. I was woken up at gunpoint by police and immediately handcuffed, as was my aunt and cousin.

      4. I was questioned by different police officers at different times throughout the day, from early morning to early evening. I was told that if I did not cooperate with the police, my cousin and aunt would be prosecuted and deported.

      5. I felt pressured to sign the <u>Miranda</u> form based on threats of jail and deportation for my aunt and cousin. As a result of the police's actions, I was scared and confused.

6. I was questioned before and after being given <u>Miranda</u> warnings at all times believing what the police told me: that if I did not obey police requests my family would be prosecuted and deported.

Dated: Brooklyn, New York
      March    , 2008

                                                              _____/S/_____
                                                              Jahlil Brown

.