U.S. Department of Justice

United States Attorney
Southern District of New York



**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 19, 2008

```
SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/08
```

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Jahlil Brown</u>
       S24 04 Cr. 801 (PKC)

Dear Judge Castel:

   The Government's response to the defendant's pre-trial motions is due today. In the course of finalizing its response, however, the Government has learned that there are additional documents in the possession of the New York City Police Department and the New York County District Attorney's Office which the Government requires in order to properly respond to the defendant's brief. Accordingly, the Government requests one additional week to file its response. The Government also apologizes for the lateness of its request.

            Respectfully submitted,

            MICHAEL J. GARCIA
            United States Attorney

         By: /s/ Katherine A. Lemire
            Katherine A. Lemire
            Assistant United States Attorney
            (212) 637-2532

cc: Kelley J. Sharkey, Esq.

*[Handwritten endorsement:] Government's time to respond extended to March 26. Any reply will be due April 4. SO ORDERED. /s/ USDJ 3-20-08*