```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

          - v. -                            DECLARATION

JAHLIL BROWN,                               S24 04 Cr. 801 (PKC)
     a/k/a "Jahlil Bennett,"
     a/k/a "Jolly,"

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK        )
COUNTY OF NEW YORK       :   ss:
SOUTHERN DISTRICT OF NEW YORK )
```

JAY SALVATORE, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am a Special Agent of the Drug Enforcement Administration and have been so employed for nearly three years. I am currently assigned to the Organized Crime Drug Enforcement Strike Force. Since July 2005, I have been one of the law enforcement officers who has been assigned to the investigation of the criminal activities of the Two Mile Posse, as alleged in Indictment S24 04 Cr. 801 (PKC).

2. I make this affidavit based upon personal knowledge and my own participation in this case. Because this Declaration is being submitted for the limited purpose of supporting the Government's Response in Opposition to Defendant's Pre-Trial Motions filed by defendant Jahlil Brown, it does not include all the facts that I have learned in connection with the

investigation of the Two Mile Posse. Where the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

   3. I was involved in the arrest of Jahlil Brown, the defendant, on August 29, 2007. I have also spoken with an NYPD detective who was present during Brown's initial arrest (the "NYPD Detective"). Based on my conversation with the NYPD Detective as well as my review of paperwork generated by the NYPD Detective, I know the following:

   a. The defendant was initially arrested in the morning of August 29, 2007, during the execution of a search warrant by the NYPD at 3444 Fish Avenue, Apartment GA, Bronx, New York (the "Target Apartment").

   b. When the NYPD arrived to execute the search warrant at 3444 Fish Avenue, the defendant was found in a bedroom in the Target Apartment.

   c. During execution of the search warrant, members of the NYPD recovered a firearm and multiple bags containing crack cocaine and marijuana from the same bedroom in the Target Apartment where Brown was located when the NYPD arrived.

   d. After the defendant was arrested and taken into custody and fingerprinted, the NYPD Detective learned that a warrant already existed for the defendant's arrest. The

defendant was later transported to the 32nd Precinct, administered <u>Miranda</u> warnings, and questioned by Detective Killen and myself in connection with the defendant's involvement in the homicides charged in the Indictment, S24 04 Cr. 801 (PKC).

      I declare under penalties of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated:    New York, New York
            March 26, 2008

_____
SPECIAL AGENT JAY SALVATORE
DRUG ENFORCEMENT ADMINISTRATION