CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER IN THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Detective Nelson Mendez,

Shield 6314, that there is reasonable cause for believing that certain property, to wit:

a. crack/ cocaine, vials, caps, glassine envelopes, small ziplock-style bags, and other evidence of the possession and distribution of crack/ cocaine, including but not limited to paraphernalia used to process and distribute drugs, including but not limited to dilutants and scales, counter-surveillance equipment, and records and documents reflecting drug transactions;

b. currency and other evidence of proceeds from drug trafficking, including but not limited to financial records in any format, tending to demonstrate cash transactions or financial transfers derived from the possession of cash currency, money orders, bank receipts, stocks, bonds, bills and receipts for goods and services, documents relating to real estate holdings, and any title or registration to motor vehicles;

c. evidence of ownership and use of the target premises, or the use of property located therein by any person, including but not limited to keys, telephone bills, utility bills, bank statements, leases, deeds, or rent receipts related to the target premises or other real property, mail addressed to or from the target premises, identification bearing the name or photograph of any person, telephone books, address books, date books, calendars, personal papers, and videotapes and photographs of persons.

which is evidence of the possession of narcotics and the means of committing a narcotics crime,

may be found in 3444 Fish Avenue, Apartment GA, on the ground floor, Bronx County, New

York and of the person of JD J, if present therein.

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., without

prior notice of authority or purpose, to make a search of 3444 Fish Avenue, Apartment GA, on

the ground floor, Bronx County, New York and of the person of JD J, (described as male/ Black/

19-21 years old/ 5'4" - 5'5"/ 120-130 lbs./ short pea patch hairstyle), if present therein, for the

above described property, and if you find such property or evidence or any part thereof to bring it

before the court without unnecessary delay.

WARRANT MUST BE EXECUTED WITHIN (10) TEN DAYS OF DAY OF ISSUANCE

DATED IN THE CITY OF NEW YORK, this 22ⁿᵈ day of _____ Aug. _____

TIME: _____ 11:40 AM _____

AUG 2 2 2007

_____
Hon. Simpson
JUDGE OF THE CRIMINAL COURT

Target Location: 3444 Fish Avenue, Apartment GA, on the ground floor, Bronx County, New York.

**KENDRA THIMBREL
OFFICIAL COURT REPORTER**