AUSA Katherine A. Lemire
212-637-2532

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

**United States District Court**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAHLIL BROWN
a/k/a "Jolly"

DOCKET NO. S(1) 04 cr 801

MAGISTRATE'S CASE NO.

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

JAHLIL BROWN
a/k/a "Jolly"

WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court
XX Indictment   ☐ Information   ☐ Complaint

DISTRICT OF ARREST

TO: ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Narcotics Conspiracy
Possession Of A Firearm In Furtherance Of A Drug Trafficking Crime

IN VIOLATION OF | UNITED STATES CODE TITLE 21 | SECTION 846

BAIL | OTHER CONDITIONS OF RELEASE

ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED 8/5/04

CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED

## RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER

DATE EXECUTED

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.