**MEMO ENDORSED**

US v. Jahlil Brown

04 Cr. 801

USDS SDNY
DOCUMENT June 2, 08
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

Honorable: Kevin P. Castle

I hope your fine and in the best of health? Your Honor the reason for this letter is i write a letter to the Clerk on April 21 and i dont want to say that some one got it, but it never return to me from then and Im still waiting for a answer in the letter im asking about a few things and im asking for some things as well but no respond, so thats the reason for this letter can you help me your Honor, i need these things thats the reason why im asking your Honor i need help your Honor thanks for your time

RECEIVED JUN 0 4 2008 P.K. CASTEL U.S.D.J.

Sincerely
Jahlil Bennett

[Margin endorsement, sideways:]
While the Court does not intend to interfere with a manner the attorney-client relationship, the Court assumes that Mr. Sharkey has a copy shortly will respond to Mr. Bennett's Letter of April 21, 2008 Letter to Mr. Sharkey. SO ORDERED. [signature] SDJ 6-13-08